FARHAD NOVIAN (SBN 118129)
*farhad@novianlaw.com*
J. NICOLAS ANWANDTER (SBN 298892)
*nicolas@novianlaw.com*
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone: (310) 553-1222
Facsimile: (310) 553-0222

Attorneys for Plaintiff Shlomi Moshe

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHLOMI MOSHE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAPIN2, INC., a Delaware corporation; ANTHONY CHRISTOPOULOS, an individual; JORDAN SYMS, an individual; DAVID RONE, an individual; BRAD COSTELLO, an individual; MICHAEL WARGOTZ, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-09238-RGK-GJS<br><br>*Assigned to the Hon. R. Gary Klausner*<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

FOR GOOD CAUSE APPEARING, the following is hereby ORDERED:

A. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the entire action is dismissed with prejudice;

B. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

C. Any and all disputes, claims and actions arising from or in connection with the settlement agreement that gave rise to this dismissal shall be subject to resolution by arbitration before ADR in Los Angeles County; and

D. The Parties shall each bear their own respective fees and costs, including but not limited to attorneys' fees, with respect to prosecuting or defending the within action.

SO ORDERED.

Dated: December 6, 2019

*/s/ Gary Klausner*
HON. R. GARY KLAUSNER